# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01829-NRN

UNITED STATES OF AMERICA, and
THE STATE OF COLORADO,

        Plaintiffs,

v.

DCP OPERATING COMPANY, LP;
DCP MIDSTREAM HOLDING, LLC;
DCP LP HOLDINGS, LLC;
DCP PARTNERS COLORADO LLC;
DCP ASSETS HOLDING, LP;
DCP LUCERNE 2 PLANT LLC

        Defendants.

## UNITED STATES' NOTICE OF LODGING OF CONSENT DECREE

Plaintiff the United States of America, on behalf of the Environmental Protection Agency, hereby provides notice that it is lodging with the Court a proposed Consent Decree that resolves claims under the Clean Air Act and the Colorado Air Pollution Prevention and Control Act against Defendants DCP Operating Company, LP; DCP Midstream Holding, LLC; DCP LP Holdings, LLC; DCP Partners Colorado LLC; DCP Assets Holding, LP; and DCP Lucerne 2 Plant LLC (collectively "Defendants"). The United States is lodging the Decree to seek public comment on the proposed agreement. **No action is required by the Court at this time**.

The United States and the State of Colorado have filed a complaint concurrently with the proposed Consent Decree. The Complaint (ECF No. 1) alleges violations of leak detection and repair requirements in Clean Air Act (the "Act"), 42 U.S.C. §§ 7401 to 7671q, the Colorado Air

1

Pollution Prevention and Control Act (the "Colorado Act"), C.R.S. §§ 25-7-121 and 122, and their implementing regulations at six natural gas processing plants in Colorado that Defendants own and operate. The Complaint also alleges violations of the Act, the Colorado Act, and the applicable regulations at a natural gas processing plant that Defendant DCP Operating Company, LP owned and operated until December 2019. The noncompliance alleged in the Complaint spans thousands of failures to monitor and repair leaking equipment across the seven natural gas processing plants, six of which are located in a nonattainment area for ozone that covers Adams, Arapahoe, Boulder, Broomfield, Denver, Douglas, Jefferson, and Weld Counties, and portions of Larimer County ("Denver Nonattainment Area").

The proposed Consent Decree resolves all claims in the Complaint through a resolution that applies globally to all of Defendants' natural gas processing plants in the Denver Nonattainment Area: the six plants referenced above and two additional natural gas processing plants that Defendants own and operate. The Decree requires Defendants to implement significant measures to monitor, detect, repair, and improve leaking equipment at the eight plants. Defendants must also implement a mitigation project designed to offset excess emissions of volatile organic compounds ("VOC") caused by Defendants' alleged noncompliance. Finally, the proposed Consent Decree requires Defendants to pay a civil penalty of $3,250,000, which will be split evenly between the United States and the State.

As noted above, **no action by the Court is required at this time**. Under Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States is required to publish a notice in the *Federal Register* that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comments for a period of 30 days. After the 30-day comment period closes, the

United States will evaluate any comments received and will ask the Court to take appropriate action regarding the proposed Consent Decree.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Devon Ahearn*
DEVON AHEARN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2717
Fax: (202) 616-3531
Email: Devon.Ahearn@usdoj.gov
*Attorney for Plaintiff United States of America*

OF COUNSEL
Jessica Portmess
U.S. Environmental Protection Agency
1595 Wynkoop Street
Denver, CO 80202-1129

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2022, I electronically filed the foregoing Notice of Lodging of Consent Decree and the attached proposed Consent Decree with the Clerk of Court using CM/ECF. I further certify that on July 25, 2022, I sent the document and the attachment via electronic mail to the following non-registered participants:

Jeff Schwarz
Schwarz Law Office, LLC
1040 S. Gaylord Street, Suite 51
Denver, CO 80209
(303) 517-1355
Schwarzjw@outlook.com

James Martin
Beatty & Wozniak, PC
500 Don Gaspar Street
Santa Fe, NM 87505
(303) 407-4471
jmartin@bwenergylaw.com

*/s/ Devon Ahearn*
DEVON AHEARN
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-2717
Fax: (202) 616-3531
Email: Devon.Ahearn@usdoj.gov
*Attorney for Plaintiff United States of America*